IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

Michael J. Ferola,                              )
                                                )       C.A. No.: 0:04-1828-RBH
                        Plaintiff,              )
                                                )
        vs.                                     )       **OPINION AND ORDER**
                                                )
Collie Rushton, Warden MCCI; Associate )
Warden Leroy Cartledge; Kenneth          )
Chappelle, Lt. MCCI; Officer Simmones, )
MCCI; Officer Dunn, MCCI; and Officer )
Levepitt, MCCI,                              )
                                                )
                        Defendants            )
                                                )

        This matter is before the court for review of the Report and Recommendation of

United States Magistrate Judge Bristow Marchant, made in accordance with 28 U.S.C.

§ 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

        The Magistrate Judge makes only a recommendation to this court. The recommenda-

tion has no presumptive weight. The responsibility to make a final determination remains

with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged

with making a de novo determination of those portions of the Report and Recommendation

to which specific objection is made, and the court may accept, reject, or modify, in whole or

in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.

See 28 U.S.C. § 636(b)(1).

        The plaintiff filed no objections to the Report and Recommendation. In the absence

of objections to the Report and Recommendation of the Magistrate Judge, this court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Marchant's Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that this case be dismissed without prejudice pursuant to Rule 41(a)(2).

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
August 2, 2005